IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALEX CALDERON-VELASQUEZ, <br><br> Plaintiff, <br><br> v. <br><br> D. MEARS, TATE, <br><br> Defendants. | No. 1:22-cv-692 (AJT/IDD) |

## DEFENDANT DAMIEN MEARS'S NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3, and 28 U.S.C. § 1291, Defendant Damien Mears hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Court's March 31, 2025 Order on Defendant Mears's Motion to Dismiss (Dkt. 56) and the Court's April 11, 2025 Order on Defendant Mears's Motion for Reconsideration (Dkt. 61).

Dated: May 28, 2025

Respectfully submitted,

ERIK S. SIEBERT
UNITED STATES ATTORNEY

*By*: _____/s/_____
CAROLYN M. WESNOUSKY
MEGHAN LOFTUS
Assistant United States Attorneys
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3996/3757
Fax: (703) 299-3983
Email: Carolyn.Wesnousky@usdoj.gov
meghan.loftus@usdoj.gov

*Counsel for Defendant Damien Mears*